In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of and Rehabilitate the FIRST MORT-GAGE GUARANTY AND TITLE COMPANY. CENTRAL NATIONAL BANK OF NEW ROCHELLE, Respondent, v. NEW ROCHELLE TRUST COMPANY, Respondent, and GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, etc., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of GEORGE A. VERME, Licensee and Holder of L. 103, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY, Chairman, and Others, Constituting the Commissioners of the State Liquor Authority, and FREDERICK SKINNER and WILLIAM C. McCULLON, Constituting the Membership of the Suffolk County Alcoholic Beverage Control Board, Respond-ents.— Motion to vacate order of certiorari and to dismiss certiorari proceeding granted, certiorari order vacated and the proceeding dismissed, without costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.·

In the Matter of the Application of ADELE S. COOTES for a Construction of the Last Will and Testament of HENRY WEIL, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY, as Administrator de bonis non of the Estate of CARLIE ALINE SIBLEY DIDRICHSEN, Deceased, and SEAMEN'S CHURCH INSTITUTE OF NEW YORK, Appellants; ADELE S. COOTES and F. GRAHAM COOTES, as Successor Trustee, etc., of HENRY WEIL, Deceased, Respondents.— Motion of Central Hanover Bank and Trust Company for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion of Seamen's Church Institute of New York for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Tompkins, Davis and Johnston, JJ.; Scudder, J., not voting.

SAM KARTZMAR, Respondent, v. WILLIAM SCHNEIDER, Appellant.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ANNA MANGAN, Plaintiff, v. NICHOLAS P. SUSSILLO, as President of Lieutenants' Benevolent Association of the Police Department of the City of New York, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

PIERRE MINER, Respondent, v. VICTOR DARWOOD, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HARVEY NEUMAN, as Administrator, etc., of MINNIE KANTOR, Deceased, Respondent, v. KATE LEVY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.